114 F.3d 1174
 Anthony Williams
v.
Thomas A. Fulcomer, Unknown Briggs, Unknown Corran, Unknown
Pollock, Unknown Perrin, Unknown Zumetta, J. Price, A.
Domovich, George H. Conrad, C.T. Myers, J. Stidd, Raymond J.
Sobina, E. Mason, Joseph M. Ryan, John R. Stepanik, David H.
Larkin, Unknown Jone, Edgar M. Kneiss, Robert Komsisky,
Thomas Figmik, Thomas M. Wesoloski, Unkown Brady, Unknown
Bowden, Unknown Colemann, Unknown Brick, Unknown Beggs,
Joseph F. Mazurkiewicz, John M.
 NO. 96-7595
 United States Court of Appeals,
Third Circuit.
 Apr 04, 1997
 Appeal From: M.D.Pa. ,No.95-cv-01528
 
 1
 Affirmed.